IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| TIMOTHY RAYBURN,<br><br>                 Plaintiff,<br>v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of the Social Security Administration,<br><br>                 Defendant. | **MEMORANDUM DECISION AND ORDER ADOPTING REPORT & RECOMMENDATION**<br><br>Case No. 2:13-cv-507-DN-DBP<br><br>District Judge David Nuffer<br><br>Magistrate Judge Dustin B. Pead |

Before the court is Magistrate Judge Dustin B. Pead's Report and Recommendation[1] under 28 U.S.C. § 636(b)(1)(B) recommending that this court affirm the ALJ's decision denying Plaintiff Timothy Rayburn's claim for disability benefits and supplemental security income. No objections were filed.

The court has reviewed all relevant materials de novo and adopts the Report and Recommendation in its entirety. The ALJ's decision is **AFFIRMED**. The Clerk shall close the case.

Signed April 29, 2014.

BY THE COURT:

_____
David Nuffer
United States District Judge

---

[1] Docket no. 24.